266 So.2d 448

**Mr. L. SCHNELL, Individually and on Behalf of his minor daughter, Janet Schnell**

v.

**The TRAVELERS INSURANCE COMPANY.**

**Mr. L. C. SCHNELL, Individually and on Behalf of his minor daughter, Janet Schnell**

v.

**JEFFERSON PARISH SCHOOL BOARD.**

**No. 52765.**

Sept. 28, 1972.

McCALEB, C. J., concurs. Our refusal of the application is not intended to indicate that we approve of the Court of Appeal's ruling that the School Board is negligent for failing to supply unbreakable glass in its schools.